**John B. WIKE, Appellant,**

v.

**The SECRETARY OF HEALTH, EDUCA-
TION AND WELFARE, Appellee.**

**No. 15051.**

United States Court of Appeals,
Fourth Circuit.

March 2, 1971.

Shelby E. Horton, Jr., Asheville, N. C.,
on the brief for appellant.

Keith S. Snyder, U. S. Atty., Bruce B.
Briggs, Asst. U. S. Atty., on the brief
for appellee.

Before HAYNSWORTH, Chief Judge,
and SOBELOFF and BOREMAN, Cir-
cuit Judges.

PER CURIAM:

Affirmed on the opinion of the district
court, W.D.N.C. 325 F.Supp. 291.

Affirmed.

**Joe ADELMAN, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 25443.**

United States Court of Appeals,
Ninth Circuit.

May 3, 1971.

Eli Grubic, Reno, Nev., Ben H. Rud-
nick, of Behrstock & Rudnick, Los An-
geles, Cal., for appellant.

Johnnie M. Walters, Asst. Atty. Gen.,
Lee A. Jackson, William A. Friedlander,
Ann E. Belanger, Attys., Tax Division,
Washington, D. C., Robert L. Meyer, U.
S. Atty., Charles H. Magnuson, Asst. U.
S. Atty., Los Angeles, Cal., for appellee.

Before ELY, CARTER and HUF-
STEDLER, Circuit Judges.

PER CURIAM:

The judgment is affirmed for the rea-
sons set forth by District Judge Gray in
his "Memorandum of Decision," reported
at 304 F.Supp. 599 (C.D.Cal.1969).